### 1950. JOINER *v.* MOORE.

POWELL, J. The assignments of error are wholly without merit. The case was brought to this court apparently for the purpose of delay only.
*Judgment affirmed, with damages.*

Foreclosure of lien, from city court of Sandersville—Judge Jordan. May 5, 1909.

Submitted July 19,—Decided July 31, 1909.

*J. L. Kent,* for plaintiff in error. *William Faircloth,* contra.